UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-230(4) JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RITA ANN GALSTON,<br><br>Defendant. | ) | **SATISFACTION OF MONETARY IMPOSITION** |

The monetary imposition of a special assessment in the amount of $300.00 and restitution in the amount of $7,500.00 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $7,800.00.

Dated: December 7, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600