# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )<br>
) ss.<br>
COUNTY OF HENNEPIN )

Russell A. Simmons, being first duly sworn upon oath, deposes and states that on the 9th day of February, 2006, he served a copy of the following:

Satisfaction of Judgment

upon:

Rita Ann Galston<br>
7009 Stevens Avenue South<br>
Richfield, MN 55423

by depositing a true and correct copy, postage prepaid, with the United States mail at Minneapolis, Minnesota.

s/Russell A. Simmons<br>
Russell A. Simmons

Subscribed and sworn to before me<br>
this 9th day of February, 2006.

s/Melissa L. Olson<br>
Notary Public

235930